UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

        Plaintiff,

   v.

PHILLIP J. PIAZZA, et al.,

        Defendants.

Case No. 20-cv-02264-SVK

**ORDER TO SHOW CAUSE**

     The history of this case is set forth in the Court's April 6, 2021 Order to File Joint Status Report. Dkt. 14. The parties did not file a joint status report by the deadline set in the Court's April 6, Order. Accordingly, the parties are ORDERED to appear at 1:30 p.m. on April 27, 2021 and show cause, if any, why this case should not be dismissed for failure to prosecute.

**SO ORDERED.**

Dated: April 15, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge