UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>PHILLIP J. PIAZZA, et al.,<br><br>　　　　　　Defendants. | Case No.  20-cv-02264-SVK<br><br>**ORDER ON STIPULATION TO EXTEND DEADLINE TO FILE NOTICE OF NEED FOR MEDIATION**<br><br>Re: Dkt. No. 24 |

The Parties' request to extend the deadline to file a notice of need for mediation from July 21, 2021 to October 20, 2021 is **DENIED**. The request is several months overdue without an adequate explanation as to why the deadline was missed. A notice of need for mediation must be filed no later than **October 15, 2021.** Failure to timely file the notice of need for mediation will require the Parties to appear on **October 26, 2021 at 1:30 p.m.** and show cause why this case should not be dismissed for failure to prosecute generally and failure to follow General Order 56 specifically.

**SO ORDERED.**

Dated: October 12, 2021

_____
SUSAN VAN KEULEN
United States Magistrate Judge